IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH GREGORY BEBOUT,

    Plaintiff,

v.                                             CASE NO. 1:10-cv-00144-MP -AK

ROBERT WOODY,

    Defendant.

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed an amended complaint. (Doc. 8). The pleading has been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendant to the nature and basis of Plaintiff's claims. It cannot be said upon this review of the amended complaint that Plaintiff has failed to state a claim upon which relief may be granted. Thus, service of the amended complaint should be directed.

At this point, Plaintiff must submit a service copy of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. As Plaintiff has named one (1) Defendant in this action, Plaintiff must provide the Court with one copy of the amended complaint that is identical to the amended complaint, doc. 8, filed with the Court.

Accordingly, it is

**ORDERED AND ADJUDGED:**:

1. Plaintiff shall have until September 20, 2010, to provide the Court with one (1) identical copy of his amended complaint for service on the Defendant.

2. **Failure to submit the service copies as directed may result in the dismissal of this**

**action.**

**DONE AND ORDERED** this *8th* day of September, 2010

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge