IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH GREGORY BEBOUT,

    Plaintiff,

v.                                  CASE NO. 1:10-cv-00144-MP-GRJ

JOHNS, WEEKLY, ROBERT WOODY,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that the amended motion to dismiss filed by the Defendants be granted. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that plaintiff seeks only injunctive relief in the form of an order directing the prison to provide him kosher meals. Since plaintiff has been released, the Court lacks jurisdiction to enter such an injunction at this time. Accordingly, it is hereby0

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The amended motion to dismiss (Doc. 21) is granted, and this case dismissed.

**DONE AND ORDERED** this _9th_ day of June, 2011

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge